BRISCOE, Circuit Judge,
dissenting:
I previously dissented from the majority’s conclusions that (1) the government did not unilaterally declare that Novosel had breached the plea agreement and (2) the district court made findings that satisfied the requirements set forth in United States v. Guzman, 318 F.3d 1191 (10th Cir.2003), i.e., “to determine whether Novosel breached the agreement and, if so, whether to release the government from its obligations and commitments.” United States v. Novosel, 102 Fed. Appx. 138, 145, 2004 WL 1406319, *6 (10th Cir. June 24, 2004) (Briscoe, J., dissenting). Because I would reverse and remand for further proceedings to determine whether either Novosel or the government breached the plea agreement and what effect any such breach may have had, I would not reach the Booker sentencing error now asserted by Novosel.